# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| QUANTOVIA ROBINSON, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:23-cv-29 |
| v. | * | |
| MR. ODUM, MS. JONES, MR. COX; and MS. CRAWFORD, | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 18. Plaintiff did not file Objections to this Report and Recommendation.[1] Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Order and to prosecute, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES**

---

[1] Plaintiff submitted a letter, but he makes no objection to the Report and Recommendation. Dkt. No. 19.

Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this ___16___ day of ___August___, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)